Andrew D. Winghart (SBN 225099)
Winghart Law Group, Inc.
495 Seaport Court, Suite 104
Redwood City, California 94063
drew@winghartlaw.com
Telephone: (650) 780-9716
Facsimile: (866) 941-8593
Counsel for Debtor, Paul Christopher Lee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL CHRISTOPHER LEE, <br> Debtor <br> ---------------------------------------------------------- <br> ANDREA A. WIRUM, Trustee, <br> Plaintiff. <br> v. <br> PETER PAK LUNG LEE, an individual, ALEN CHEUK LUN LEUNG, an individual, AND HELEN JIANG, an individual, <br> Defendants | CASE NO: **12-33247 DM** <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 5th day of August, 2014, in favor of Andrea A. Wirum, Chapter 7 Trustee and against Peter Pak Lung Lee, Alen Cheuk Lun Lee, and Helen Jiang, in the amount of $209,492.01 plus interest from the date of the judgment; and

WHEREAS Judgment Creditor Andrea A. Wirum, Chapter 7 Trustee, assigned all rights and interest to Paul C. Lee (a copy of which is attached hereto as Exhibit "A"); and

WHEREAS as of the date fixed below Paul C. Lee is the successor-assignee of said judgment; and

WHEREAS with interest and costs thereon having been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 4th of August, 2015.    WINGHART LAW GROUP

_____
Andrew D. Winghart
Counsel for Debtor/Judgment Creditor, Paul Lee

- 2 -
Satisfaction Of Judgment
Wirum v. Paul Christopher Lee, et al.
Case No.: 12-33247 DM

Case: 14-03053   Doc# 14   Filed: 12/21/15   Entered: 12/21/15 14:07:38   Page 2 of 6

# EXHIBIT A

Charles P. Maher, State Bar No. 124748
Jennifer C. Hayes, State Bar No. 197252
MCKENNA LONG & ALDRIDGE LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415.267.4000
Fax No.: 415.267.4198
E-mail: cmaher@mckennalong.com
jhayes@mckennalong.com

Counsel for Plaintiff Andrea A. Wirum

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re PAUL CHRISTOPHER LEE,<br><br>Debtor. | Case No. 12-33247 DM<br>Chapter 7 |
| ANDREA A. WIRUM, Trustee,<br><br>Plaintiff.<br><br>vs.<br><br>PETER PAK LUNG LEE, an individual,<br>ALEN CHEUK LUN LEUNG, an individual,<br>AND HELEN JIANG, an individual,<br><br>Defendants. | Adversary Proceeding<br>No.: 14-3053<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT** |

TO THE COURT AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** the Plaintiff and Judgment Creditor, Andrea A. Wirum, Chapter 7 Trustee of the estate of the above Debtor, hereby acknowledges assignment to Paul Christopher Lee of all right, title, and interest to the judgment against the Defendants and Judgment Debtors, Peter Pak Lung Lee, Alen Cheuk Lun Leung, and Helen Jiang, entered and filed in the above adversary proceeding on August 5, 2014, in the total sum of $209,492.01 plus post-judgment interest to the date of this Assignment.

///

Plaintiff and Judgment Creditor's name and current address is:

> Andrea A. Wirum, Chapter 7 Trustee
> c/o Charles P. Maher
> McKenna Long & Aldridge LLP
> One Market Plaza, Spear Tower, Suite 2400
> San Francisco, CA 94105

The Judgment Debtors' names and last known addressed are:

> Peter Pak Lung Lee
> 36330 Tunbridge Drive
> Newark, CA 94560

> Alen Cheuk Lun Leung
> 239 Cerro Drive
> Daly City, CA 94015

> Helen Jiang
> 239 Cerro Drive
> Daly City, CA 94015

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct.

DATED: 6/10/15

Andrea A. Wirum, Chapter 7 Trustee of the estate of Paul Christopher Lee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

On June 10, 2015, before me, DONNA CAMPION, Notary Public, personally appeared Andrea A. Wirum, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Donna Campion*

[Seal: DONNA CAMPION, Comm. #1975765, Notary Public - California, Sonoma County, Comm. Expires May 18, 2016]

USW 805057277.1

3